Case 1:20-cr-00267-GLR   Document 4   Filed 08/12/20   Page 1 of 1

____ FILED   ___ ENTERED
____ LOGGED   _____ RECEIVED

**3:35 pm, Aug 12 2020**

AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

DellaBetta: AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.   1:20-mj-2051 TMD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

*Code Section*               *Offense Description*

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/12/2020                    _____
                                    *Judge's signature*

City and state: _____
                                    *Printed name and title*